UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Plaintiff**

Halo Technology Holdings, Inc.
f/k/a Warp Technology Holdings, Inc.

Randall Cooper

**Defendant**

Case No.

**BRIEANT**

**Rule 7.1 Statement**

FILED
U.S. DISTRICT COURT
S.D. OF N.Y. W.P.
2007 APR 30  P 2:51

# 07 CIV. 3426

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for _Halo Technology Holdings, Inc._ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1.      Warp Technology Holdings, Inc.
2.      Empagio, Inc.
3.      Teseract, Inc.
4.      Executive Consultants, Inc.

**Date:** _April 25, 2007_

_[signature]_

**Signature of Attorney**

**Attorney Bar Code:** DW6131

Form Rule7_1.pdf