# crowell⟨moring

153 East 53rd Street, 31st Floor, New York, NY 10022-4611 ▪ p212 223-4000 ▪ f212 223-4134

June 13, 2007

**VIA FACSIMILE**

**MEMO ENDORSED**

Hon. Charles L. Brieant, U.S.D.J.
United States District Judge
United States District Court
Southern District of New York
300 Quarropas St., Room 275
White Plains, NY 10601

Re:  *Halo Technology Holdings, Inc. f/n/a Warp Technology Holdings, Inc. v. Randall Cooper*
Docket No.: 07-CV-3426

Dear Judge Brieant:

We represent defendant, Randall Cooper, in the above-referenced action. We are writing as a follow-up to our request for a twenty-one day enlargement of Mr. Cooper's time to answer, move or otherwise respond to the Complaint in this action, made earlier today. Opposing counsel, David W. Rubin, Esq., has consented to our request.

Consequently, we respectfully request, on consent, that Mr. Cooper's time to answer, move or otherwise respond to the Complaint be enlarged from June 18, 2007 to July 9, 2007.

Thank you for your consideration of this request.

Respectfully submitted,

Frank M. Esposito

cc (via facsimile): David W. Rubin, Esq.

*[Handwritten endorsement in left margin: Application Granted June 14, 2007 SO ORDERED Charles L. Brieant USDJ]*