—— THE LAW OFFICES OF ——
## DAVID W. RUBIN
600 SUMMER STREET · SUITE 201
STAMFORD, CT   06901

(203) 353-1404     FAX: (203) 357-7208

DAVID W. RUBIN*
ANDREW J. SOLTES, JR.*



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/07

*ADMITTED IN CT & NY

# MEMO ENDORSED

July 18, 2007

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Halo Technology Holdings, Inc. f/k/a Warp Technology Holdings
      v. Randall Cooper
      07: CIV 3426 PKC

Dear Judge Castel:

This office represents the plaintiff Halo Technology Holdings, Inc. in the above-referenced matter pending in the District Court. The above-referenced matter is currently scheduled for an Initial Pretrial Conference to be held on Friday, July 27, 2007 at 10:30 a.m. in Courtroom 12C.

I write this letter to respectfully request that the Initial Pretrial Conference be continued and rescheduled for a date and time that is convenient for the Court approximately 30 days from July 27, 2007. This office seeks the rescheduling of the Initial Pretrial Conference in light of the following. On July 17, 2007, this office inquired as to the status of this matter in light of the fact that it had not received any correspondence or notices from the Clerk of the Court. At that time, while reviewing the matter on the PACER system, this office became aware of the following for the first time: (1) this matter, which had been originally filed in White Plains, had been Reassigned to your Honor in New York, New York; (2) that the Order Re: Scheduling and Initial Pretrial Conference had been entered and scheduled for July 27, 2006; and (3) that your Honor ordered the plaintiff to fax a response to defendants "Memo Endorsed" letter dated July 3, 2007, no later than July 13, 2007. Upon discovery of the aforementioned orders, this office immediately contacted counsel for the defendant and notified him of the situation and further sought his consent to reschedule the matter and extend the deadline for filing a responsive letter – counsel for the defendant graciously extended the courtesy of his consent.

──── THE LAW OFFICES OF ────
# DAVID W. RUBIN

The Honorable P. Kevin Castel
July 18, 2007
Page 2

The foregoing creates an issue for the plaintiff insofar as the plaintiff would like an opportunity to properly and thoroughly respond to defense counsel's July 3, 2007 letter and would like the Court to have an opportunity to review plaintiff's response, and that Attorney David W. Rubin who is admitted to practice in the Southern District of New York is counsel of record for the plaintiff and is currently on vacation out-of-state and will not be returning until July 30, 2007. This office does not currently have substitute counsel admitted to the Southern District of New York to cover this matter.

In light of the foregoing, plaintiff respectfully requests that the Initial Pretrial Conference be rescheduled and that the deadline ordered by the Court on July 5, 2007 for the plaintiff to respond to the "Memo Endorsed" letter addressed to your Honor from defendant's counsel Frank M. Esposito be extended to August 10, 2007 in order to afford the plaintiff an opportunity to address the issues raised by Attorney Esposito.

Thank you very much for your time and consideration of this matter.

Very truly yours,

Andrew J. Soltes, Jr.

cc:   Frank M. Esposito, Esq.

*Conference adjourned from July 27 & September 7, 2007 at 4:45p.m.*

*SO ORDERED*
*7-28-07*