——— THE LAW OFFICES OF ———
# DAVID W. RUBIN

600 SUMMER STREET · SUITE 201
STAMFORD, CT  06901

(203) 353-1404     FAX: (203) 357-7208

DAVID W. RUBIN*
ANDREW D. SOLTES, JR.*

*ADMITTED IN CT & NY

**MEMO ENDORSED**     August 8, 2007

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York          VIA FEDERAL EXPRE$S
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Halo Technology Holdings, Inc. f/k/a Warp Technology Holdings
      v. Randall Cooper  07: CIV 3426 PKC

Dear Judge Castel:

This office represents the plaintiff Halo Technology Holdings, Inc. in the above-referenced matter pending in the District Court. The above-referenced matter is currently scheduled for an Initial Pretrial Conference to be held on Friday, September 7, 2007 at 4:45 p.m.

I write this letter to respectfully request that the deadline for the plaintiff Halo Technology Holding, Inc. to respond to the defendants "Memo Endorsed" letter dated July 3, 2007 be extended from August 10, 2007 until August 24, 2007 (two weeks prior to the scheduled Initial Pretrial Conference) to afford the plaintiff ample time to sufficiently and thoroughly investigate other pending actions between the parties and address all the jurisdictional issues raised in the defendant's letter. The extension of time will not prejudice the defendant in any manner as defendant will have sufficient opportunity to review the response letter prior to the Initial Pretrial Conference. Further, the extension of time should also afford the Court ample time to identify the various arguments made in this matter concerning the Court's jurisdiction.

Opposing counsel has been contacted on August 7, 2007 and August 8, 2007 in order to ascertain his position in connection with this request, but the undersigned has been unable to ascertain counsel's position.

Thank you for your time and consideration of this matter.

Very truly yours,

David W. Rubin

cc:   Frank M. Esposito, Esq.

[Handwritten memo endorsement in left margin: My July 3 Order gave plaintiff until July 13 to respond to defendant Cooper's letter. In any event plaintiff can respond to Andrea this later than August 24, 2007. SO ORDERED. [signed] 8-9-07]

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/13/07]