**MEMO ENDORSED**

─ THE LAW OFFICES OF ─
**DAVID W. RUBIN**
600 SUMMER STREET · SUITE 201
STAMFORD, CT   06901

(203) 353-1404      FAX: (203) 357-7208

DAVID W. RUBIN*
ANDREW J. SOLTES, JR.*

August 23, 2007

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

VIA FEDERAL EXPRESS

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07

Re:   Halo Technology Holdings, Inc. f/k/a Warp Technology Holdings
      v. Randall Cooper   07: CIV 3426 PKC

Dear Judge Castel:

   This office represents the plaintiff Halo Technology Holdings, Inc. in the above-referenced matter pending in the District Court. It has come to this office's attention that Halo Technology Holdings, Inc. has filed for bankruptcy protection in United States District Court for the District of Connecticut. I have enclosed herewith an unofficial copy of the bankruptcy court's "Parties" information sheet retrieved from the PACER system.

   Pursuant to the bankruptcy rules, Halo Technology Holdings, Inc. has been assigned a U.S. Trustee and has retained counsel to represent it in the bankruptcy matter. This office has been advised that in order to continue to represent Halo Technology, Inc. in any legal capacity, I must file a Special Counsel Application and receive permission to continue representation. My office is proceeding in that respect. However, in light of the bankruptcy filing and the legal effects thereof, I respectfully request that the proceedings in this matter be stayed pending further instructions from the bankruptcy court.

   I thank you for your time and consideration.

Very truly yours,

David W. Rubin

Enclosure
cc:   Frank M. Esposito, Esq.

*By reason of the bankruptcy filing of the plaintiff, the action is placed on the suspense docket. Plaintiff's counsel is to file a report regarding status by November 2, 2007.*

SO ORDERED
/s/ USDJ
8-30-07