**MEMO ENDORSED**

———— THE LAW OFFICES OF ————
# DAVID W. RUBIN

600 SUMMER STREET · SUITE 201
STAMFORD, CT 06901

(203) 353-1404    FAX: (203) 357-7208

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07

DAVID W. RUBIN"
ANDREW J. SOLTES, JR.*

November 2, 2007

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

*[Handwritten endorsement: Please update the report as of Feb 8, 2008. SO ORDERED. /s/ 11-2-07]*

Re:  Halo Technology Holdings, Inc. f/k/a Warp Technology Holdings
     v. Randall Cooper  07: CIV 3426 PKC

Dear Judge Castel:

This office represents the plaintiff Halo Technology Holdings, Inc. in the above-referenced matter pending in the District Court. Several months after commencing the above-referenced action, Halo filed for bankruptcy protection in the United States District Court for the District of Connecticut. The bankruptcy proceeding was brought to the Court's attention by this office by letter dated August 23, 2007. In response to the bankruptcy filing, on August 30, 2007, your Honor Ordered that I file a report with the Court by November 2, 2007 regarding the status of the bankruptcy proceeding. As such I report as follows, I forwarded to Halo's bankruptcy attorney, James Berman of the law firm of Zeisler & Zeizler 558 Clinton Ave., Bridgeport, Connecticut, an <u>Application to Employ the Law Offices of David W. Rubin as Special Counsel to the Debtor</u>. Attorney Berman has indicated that he received the aforementioned application and has filed it with the Bankruptcy Court. The application is pending and will be heard by the Bankruptcy Court (the Honorable Alan H.W. Shiff) in due course. I have no additional information to report at this time, but I will keep the Court apprised of any new developments as I am notified.

I thank you for your time and consideration.

Very truly yours,

/s/ David W. Rubin
David W. Rubin

cc:  Frank M. Esposito, Esq.
     James Berman, Esq.