**MEMO ENDORSED**

—— THE LAW OFFICES OF ——
# DAVID W. RUBIN
600 SUMMER STREET · SUITE 201
STAMFORD, CT   06901

(203) 353-1404    FAX: (203) 357-7208

DAVID W. RUBIN*
ANDREW J. SOLTES, JR.*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/1/08

*ADMITTED IN CT & NY

RECEIVED
MAR 18 2008
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

March 11, 2008

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   Halo Technology Holdings, Inc. f/k/a Warp Technology Holdings
      v. Randall Cooper   07: CIV 3426 PKC

Dear Judge Castel:

This office represents the plaintiff Halo Technology Holdings, Inc. in the above-referenced matter pending in the District Court. In furtherance of the Court's instruction to report of the status of the Bankruptcy filing by Halo Technology Holdings, Inc. in the District of Connecticut, I can report that my offices' Application to Employ The Law Offices Of David W. Rubin as Special Counsel To The Debtor filed by Attorney James Berman on behalf of Halo Technology Holdings, Inc., Debtor, has appeared on the Court's docketing sheet but has not been ruled upon by the Bankruptcy Court. A review of the proceedings in the bankruptcy case reveals that this is an extremely complex and involved matter and has resulted in nearly 305 docketing entries in just nine months. If it will assist this Court, I can provide a copy of the Bankruptcy Court's docketing sheet which is in excess of 30 pages. Unfortunately, I am unable at this time to assist the Court in approximating when the aforementioned motion will be considered and decided by the Bankruptcy Court. I have no additional information to report at this time, but I will keep the Court apprised of any new developments as I am notified.

I thank you for your time and consideration.

*Please file an updated report on or before December 1, 2008.*
*SO ORDERED*
*/s/ PKC*
*4-1-08*

Very truly yours,

David W. Rubin

cc:   Frank M. Esposito, Esq.
      James Berman, Esq.